COPY

Christina S. Loza (SB#: 221,920)
Shelley M. Cobos (SB#: 228,837)
LOZA & LOZA, LLP
305 North Second Avenue, #127
Upland, CA 91786
Telephone No.: 949-705-6777
Facsimile No.: 949-608-8934
tina@lozaip.com

Attorneys for Plaintiff,
Daniel Huang

FILED

2010 JUN 24  PM 3: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Daniel Huang,<br><br>        an Individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>GC Technology, LLC d/b/a Phonesuit.,<br>a Nevada Limited Liability Company;<br>Hali-Power Inc., a Nevada Corporation,<br>and Case-Ari, LLC, d/b/a/ Case-Mate, a<br>Georgia Limited Liability Company;<br><br>                Defendants. | Case No.:  **CV10 -4705 CAS (VBKx)**<br><br>**COMPLAINT PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**BY FAX** |

Plaintiff, Mr. Daniel Huang, by and through its undersigned attorneys, as and for its Complaint against Defendants GC Technology, LLC ("Phonesuit"), Hali-Power Inc. ("Hali-Power"), and Case-Ari, LLC ("Case-Mate") alleges as follows:

## JURISDICTION AND VENUE

1.    This is an action for patent infringement arising under 35 U.S.C. §1 et al., over which this Court has Supplemental Jurisdiction pursuant to 28 U.S.C. § 1367.

2.    This Court has jurisdiction of this action under 28 U.S.C. §§§ 1331 and 1338(a).

3.    Venue is proper in this Jurisdiction pursuant to 28 U.S.C. § § 1391(b) and/or (c) and 1400(b).

## THE PARTIES

4.    Plaintiff, Mr. Daniel Huang, is an individual located at 2237 Sageleaf Circle, Corona, California 92882.

5.    Upon information and belief, Phonesuit is a Nevada Limited Liability Company with its principal place of business located at 1535 6th Street, #406, Santa Monica, California 90401.

6.    Upon information and belief, Hali-Power is a Nevada Corporation that manufactures and distributes battery packs to Phonesuit and had its principal place of business located at 30 Black Bear Road, Bearsville, New York, 12409.

7.    Upon information and belief, Case-Mate is a Georgia Limited Liability Company with its principal place of business located at 2048 Weems Road, Tucker, Georgia 30084.

## BACKGROUND FACTS

8.    On March 30, 2009, Mr. Huang filed an application, Serial No. 29/334,607 with the United States Patent and Trademark Office to obtain a design patent on its novel and original battery pack design.  A patent for the design, entitled BATTERY PACK, Patent No. D616,360 was issued on May 25, 2010 ("the '360 Patent").  A copy of the '360 Patent is attached hereto as Exhibit A.

9.    On March 30, 2009, Mr. Huang filed an application, Serial No. 29/334,612 with the United States Patent and Trademark Office to obtain a design

patent on its novel and original battery pack design.  A patent for the design, entitled BATTERY PACK, Patent No. D616,361 was issued on May 25, 2010 ("the '361 Patent").  A copy of the '361 Patent is attached hereto as Exhibit B.

10.    Notwithstanding the rights of Mr. Huang, Defendants have manufactured, imported, offered for sale, and/or sold battery packs which are a colorable imitation of the patented battery packs. A printout from Phonesuit.com showing the infringing MiLi battery pack is attached hereto as Exhibit C.  A printout from <www.case-mate.com> showing the infringing Fuel Lite battery pack is attached hereto as Exhibit D.

## CLAIMS FOR RELIEF AGAINST DEFENDANT
## FIRST CLAIM FOR RELIEF AGAINST ALL DEFENDANTS
### (Patent Infringement of '360 Patent)

11.    Plaintiff realleges each and every allegation set forth in Paragraphs 1 through 13 inclusive and incorporates them by reference as if set forth fully herein.

12.    On information and belief, Defendants, alone or in concert with others have manufactured, imported, offered for sale, and/or sold and continue to sell in this district and elsewhere in the United States, battery packs which infringe the claim of the '360 Patent.

13.    By their aforesaid acts, Defendants have violated 35 U.S.C. §271 by its direct infringement of the '360 Patent and by their acts of inducing other to infringe the claim of the '360 Patent.

14.    On information and belief, the acts of infringement of Defendants will continue unless enjoined by this Court.

15.    Plaintiff is being damaged by Defendants' infringement of the '360 Patent and is being and will continue to be irreparably damaged unless Defendants' is enjoined by this Court.  Plaintiff does not have an adequate remedy at law.

16.    On information and belief, Defendants' infringement of the '360 Patent is and has been willful.

## SECOND CLAIM FOR RELIEF AGAINST
## DEFENDANT CASE-MATE
### (Patent Infringement of '361 Patent)

17.   Plaintiff realleges each and every allegation set forth in Paragraphs 1 through 16 inclusive and incorporates them by reference as if set forth fully herein.

18.   On information and belief, Defendant, alone or in concert with others have manufactured, imported, offered for sale, and/or sold and continue to sell in this district and elsewhere in the United States, battery packs which infringe the claim of the '361 Patent.

19.   On information and belief, Defendant, alone or in concert with others have manufactured, imported, offered for sale, and/or sold and continue to sell in this district and elsewhere in the United States, battery packs which infringe the claim of the '361 Patent.

20.   By their aforesaid acts, Defendant has violated 35 U.S.C. §271 by its direct infringement of the '361 Patent and by their acts of inducing other to infringe the claim of the '361 Patent.

21.   On information and belief, the acts of infringement of Defendant will continue unless enjoined by this Court.

22.   Plaintiff is being damaged by Defendant infringement of the '361 Patent and is being and will continue to be irreparably damaged unless Defendant is enjoined by this Court.  Plaintiff does not have an adequate remedy at law.

23.   On information and belief, Defendant's infringement of the '361 Patents are and have been willful.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

1.   That the Court find that all Defendants, Phonesuit, Hali-Power, and Case-Mate, have infringed Plaintiff's D616,360 and D616, 361 Patents;

2.    That the Court find that Defendant Case-Mate has infringed Plaintiff's D616, 361 Patents;

3.    That pursuant to 35 U.S.C. §283, the Court enjoin and restrain Defendants from making, using, selling, or offering for sale its infringing battery packs;

4.    That Plaintiff have judgment against Defendants for Defendants' damages, in an amount to be determined at trial, profit, interest, costs, attorney's fees and additional remedies pursuant to 35 U.S.C. §§ 284, 285, and 289;

5.    That Defendants be required by mandatory injunction to deliver up to Plaintiff for destruction any and all battery packs in Defendants' possession, custody, or control embodying unauthorized use of the design shown in United States Patent Nos. D616,360 and D616,361 as well as any promotional literature and packaging which display the infringing battery pack designs;

6.    That Plaintiff be awarded damages covered by the acts of patent infringement of Defendants in an amount not less than a reasonable royalty pursuant to 25 U.S.C. §284 or in an amount equal to Defendants' profits pursuant to 35 U.S.C. §289, whichever is greater and that such damages be trebled in accordance with the provisions of 35 U.S.C. §284;

7.    That Defendants pay Plaintiff punitive damages and prejudgment interest on all infringement damages;

8.    That Plaintiff have and recover its costs in this action, including attorneys' fees; and

9.    That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.


                                        Respectfully Submitted,

DATED:  June 24, 2010               LOZA & LOZA, LLP

COMPLAINT FOR PATENT INFRINGEMENT

1

2

3
Christina S. Loza

4
Attorney for Plaintiff,
Daniel Huang

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

# **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Daniel Huang demands a trial by jury on all matters to which it is entitled by law.

Respectfully Submitted,

DATED:  June 24, 2010          LOZA & LOZA, LLP

Christina S. Loza

Attorney for Plaintiff,
Daniel Huang

COMPLAINT FOR PATENT INFRINGEMENT

# EXHIBIT A

US00D616360S

(12) **United States Design Patent**   (10) **Patent No.:**  **US D616,360 S**
Huang                                   (45) **Date of Patent:**  ** **May 25, 2010**

(54) **BATTERY PACK**

(76) Inventor: **Daniel Huang**, 1801 E. Edinger Ave., Suite 255, Santa Ana, CA (US) 92705

(**) Term: **14 Years**

(21) Appl. No.: **29/334,607**

(22) Filed: **Mar. 30, 2009**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/356,068, filed on Jan. 19, 2009, now abandoned.

(51) **LOC (9) Cl.** .................................................. **13-02**
(52) **U.S. Cl.** ...................................................... **D13/103**
(58) **Field of Classification Search** ........ D13/102–110, D13/118–119, 184; D14/250, 251, 253, D14/432, 434; D3/201, 215, 218, 226, 230, D3/299; 429/96–100, 163, 176; 320/101–102, 320/107–115; 206/320, 701
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D267,795 S | * | 2/1983 | Mallon | D13/119 |
| D327,868 S | * | 7/1992 | Oka | D13/110 |
| D407,063 S | * | 3/1999 | Reis et al. | D13/103 |
| D407,708 S | * | 4/1999 | Nagele et al. | D14/240 |
| D424,512 S | * | 5/2000 | Ho | D13/103 |
| D439,218 S | * | 3/2001 | Yu | D13/103 |
| D446,497 S | * | 8/2001 | Yu | D13/103 |
| D460,411 S | * | 7/2002 | Wang | D13/103 |
| D481,716 S | * | 11/2003 | He et al. | D14/248 |
| D517,007 S | * | 3/2006 | Yong-Jian et al. | D13/108 |
| D525,582 S | * | 7/2006 | Chan | D13/107 |
| D526,958 S | * | 8/2006 | Shimizu | D13/108 |
| D535,252 S | * | 1/2007 | Sandnes | D13/108 |
| D542,286 S | * | 5/2007 | Taniyama et al. | D14/248 |
| D556,681 S | * | 12/2007 | Kim | D13/103 |
| D561,092 S | * | 2/2008 | Kim | D13/103 |
| D574,326 S | * | 8/2008 | Lim | D13/118 |
| 2008/0053770 A1 | * | 3/2008 | Tynyk | 190/100 |

* cited by examiner

*Primary Examiner*—Rosemary K Tarcza
(74) *Attorney, Agent, or Firm*—Julio M. Loza; Loza & Loza, LLP

(57) **CLAIM**

The ornamental design for a battery pack, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a battery pack, showing my new design;

FIG. **2** is a perspective view of the battery pack showing a mobile phone for illustrative purposes;

FIG. **3** is a front view of the battery pack;

FIG. **4** is a top view of the battery pack;

FIG. **5** is a bottom view of the battery pack;

FIG. **6** is a back view of the battery pack;

FIG. **7** is a first side view of the battery pack; and,

FIG. **8** is a second side view of the battery pack.

The broken line showing of environment is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



U.S. Patent          May 25, 2010          Sheet 1 of 7          US D616,360 S



FIG. 1

EXHIBIT A
Page 3 of 33



# FIG. 2

EXHIBIT A
Page 4 of 33



FIG. 3

EXHIBIT A
Page 5 of 33



# FIG. 4



# FIG. 5

FIG. 6

U.S. Patent          May 25, 2010          Sheet 6 of 7          US D616,360 S



FIG. 7



# FIG. 8

# EXHIBIT B

US00D616361S

(12) **United States Design Patent**

Huang

(10) Patent No.: **US D616,361 S**

(45) Date of Patent: ** **May 25, 2010**

(54) **BATTERY PACK**

(76) Inventor: **Daniel Huang**, 1801 E. Edinger Ave., Suite 255, Santa Ana, CA (US) 92705

(**) Term: **14 Years**

(21) Appl. No.: **29/334,612**

(22) Filed: **Mar. 30, 2009**

**Related U.S. Application Data**

(63) Continuation of application No. 12/356,068, filed on Jan. 19, 2009, now abandoned.

(51) **LOC (9) Cl.** ................................................. **13-02**
(52) **U.S. Cl.** ..................................................... **D13/103**
(58) **Field of Classification Search** ....... D13/102–110, D13/118–119, 184; D14/250, 251, 253, D14/432, 434; D3/201, 215, 218, 226, 230, D3/299; 429/96–100, 163, 176; 320/101–102, 320/107–115; 206/320, 701
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D327,868 S | * | 7/1992 | Oka | D13/110 |
| D407,063 S | * | 3/1999 | Reis et al. | D13/103 |
| D407,708 S | * | 4/1999 | Nagele et al. | D14/240 |
| D460,411 S | * | 7/2002 | Wang | D13/103 |
| D517,007 S | * | 3/2006 | Yong-Jian et al. | D13/108 |
| D525,582 S | * | 7/2006 | Chan | D13/107 |
| D526,958 S | * | 8/2006 | Shimizu | D13/108 |
| D535,252 S | * | 1/2007 | Sandnes | D13/108 |
| D556,681 S | * | 12/2007 | Kim | D13/103 |
| D561,209 S | * | 2/2008 | Kim | D13/103 |
| 2008/0053770 A1 | * | 3/2008 | Tynyk | 190/100 |

* cited by examiner

*Primary Examiner*—Rosemary K Tarcza
(74) *Attorney, Agent, or Firm*—Julio M. Loza; Loza & Loza, LLP

(57) **CLAIM**

The ornamental design for a battery pack, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a battery pack for a mobile device, showing my new design;

FIG. **2** is an alternate perspective view showing the battery pack in an open configuration;

FIG. **3** is a perspective view of the battery pack shown without a top piece for ease of illustration, also showing a mobile phone for illustrative purposes;

FIG. **4** is an alternate front view of the battery pack with a top piece showing a mobile phone for illustrative purposes;

FIG. **5** is a front view of the battery pack;

FIG. **6** is an alternate front view showing an open battery pack;

FIG. **7** is a top view of the battery pack;

FIG. **8** is a bottom view of the battery pack;

FIG. **9** is a back view of the battery pack;

FIG. **10** is an alternate back view showing an open battery pack;

FIG. **11** is a first side view of the battery pack;

FIG. **12** is a first side view showing an open battery pack;

FIG. **13** is a second side view of the battery pack; and,

FIG. **14** is the second side view showing an open battery pack.

The broken line showing of environment is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 13 Drawing Sheets**





# FIG. 1

EXHIBIT B
Page 12 of 33



FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



FIG. 6



# FIG. 7



# FIG. 8



# FIG. 9

**U.S. Patent**          May 25, 2010          Sheet 9 of 13          US D616,361 S



FIG. 10



# FIG. 11

**U.S. Patent**          May 25, 2010          Sheet 11 of 13          US D616,361 S



FIG. 12

U.S. Patent        May 25, 2010        Sheet 12 of 13        US D616,361 S



# FIG. 13

**U.S. Patent**          May 25, 2010          Sheet 13 of 13          US D616,361 S



FIG. 14

EXHIBIT B
Page 24 of 33

# EXHIBIT C

EXHIBIT C
Page 25 of 33



🛒 **Login** / **Register** | My Cart *(Your Shopping Cart is Empty)*

HOME  |  PROTECTION  |  POWER  |  AUDIO  |  MILI

**MiLi Power Pack**



Click over image to enlarge

More images

MiLi Power Pack          MiLi Power Pack          MiLi Power Pack

MiLi Power Pack          MiLi Power Pack          MiLi Power Pack

MiLi Power Pack          MiLi Power Pack          MiLi Power Pack

MiLi Power Pack

Click over image to enlarge

**Price**

Price: $99.95

**Sale Price: $79.95**

*You Save: $20.00*

E-mail to a friend

**EXHIBIT C**

**Page 26 of 33**

**Purchase**

Mili Color Choice :   **Black-Blue**

**Quantity :**  1

Add to Cart

Description

**>>> PhoneSuit MiLi Reviews in the Press**

**>>> Click here for MiLi 3 Pack Holiday Special!**

**Introducing the MiLi Power Pack...**

The MiLi will give you the freedom to use your iPhone without the daily worries of running out of battery life! Enjoy your iPhone for voice, music, video, games and business applications with extended, stable power. You can now experience up to two days or more of uninterrupted iPhone power, depending on your usage. We know you only want products that compliment your iPhone's appearance. So this battery pack has been designed to appeal to all of your senses. The MiLi is made of the highest quality materials and integrates the best in technology. With the MiLi, you can have portable power, anywhere, anytime you need it.

**Double your iPhone Battery Life**

The MiLi Power Pack has ample capacity to more than double the battery life of your iPhone! According to Apple specifications, the iPhone has a talk time of 5 hours on 3G and hours on 2G. The MiLi provides you an additional 6.5 hours of talk time on the iPhone 3G and 13.5 hours of talk time on iPhone 2G. When the iPhone is idle, the MiLi provides y with 390 hours of additional standby time. The MiLi Power Pack enables you to talk and surf twice as long!

**Advanced Battery Technology**

The MiLi utilizes high quality lithium-polymer battery technology. This allows the MiLi to have a small, lightweight package with an extremely powerful, high capacity battery. The MiLi iPhone battery offers an impressive 2000mAh of charging capacity.

**iPhone Compatibility**

The MiLi Power Pack has been "Works with iPhone" certified to meet Apple performance standards. The iPhone battery has been tested for Compatibility with iPhone 3GS, 3G a iPhone 2G / 1st Gen.
Haven't upgraded your iPhone yet? Not to worry, you can use the MiLi with your iPhone 3G and continue using it when you upgrade to iPhone 3GS!

**MiLi's Smart Power Chip and Charging Priorities**

When the iPhone is connected to the MiLi Power Pack, the MiLi's internal smart chip efficiently prioritizes power consumption. If the MiLi is being charged, the iPhone's consumption comes first from the USB power source. When the MiLi is not being charged, the iPhone's power consumption comes from the MiLi battery. The iPhone will continue to use the battery until the MiLi's remaining charge is less than 5 percent. When the MiLi battery is less than 5% charged, the internal iPhone battery power source is used. The iPhone battery power source is always used last so it can maintain its maximum charge.

> 1st Priority: iPhone uses USB outlet power source when MiLi is being charged
> 2nd Priority: iPhone uses MiLi power pack battery
> 3rd Priority: iPhone switches to Internal iPhone battery

Thanks to MiLi's smart chip you can extend your overall iPhone battery life by using the iPhone's internal battery only when it's absolutely necessary. Feel like slimming down? J disconnect the iPhone from the MiLi and you will have a fully charged phone to take with you. Leave your MiLi to charge and re-attach to the iPhone as needed.

**Charging the MiLi Power Pack**

Charging the MiLi is easy. Just use the included standard USB cable. Connect the mini USB end to the input labeled as "IN" on the MiLi. Then connect the other end of the cable any USB 2.0 or 1.1 compatible power source outlet. Forgot where you placed that iPhone cable? Now you can use the more commonly available USB compatible cables to char your iPhone / MiLi anywhere you are.

**MiLi Battery Charge Meter**

**EXHIBIT C**

**Page 27 of 33**

Press the MiLi power meter button to display the charge indicator lights. The LED lights will show you the percentage of remaining battery life in the MiLi power pack. Read the b LED indicator lights from left to right as follows:

> 1st LED = 0-25% MiLi charge remaining
> 2nd LED = 25-50% MiLi charge remaining
> 3rd LED = 50-75% MiLi charge remaining
> 4th LED = 75-100% MiLi charge remaining



### Charging external devices with the MiLi

A great feature of the MiLi Power Pack is that you have the ability to use its "OUT" port to charge most external USB compatible devices. To use, connect the device's USB cabl into port labeled as "OUT" and it will charge your device using the MiLi battery. This is perfect for charging devices like a Bluetooth headset while on the go. You can even charg another iPod or two iPhones at the same time if you wish!



### Synching with iTunes

You can sync your iPhone with iTunes while it's docked to the MiLi Power Pack. Charge your iPhone, MiLi battery and sync with iTunes all at the same time! Just use the include USB cable and connect it to your computer when you wish to use iTunes.

### MiLi Color Selection

The MiLi Power Pack is available in eight different high gloss colors to choose from. Designed to compliment your iPhone, the MiLi is available in a black or white base color and your choice of inner lining.
Select from the following color choices:

> High Gloss Black with Blue inner lining
> High Gloss Black with Green inner lining
> High Gloss Black with Gray inner lining
> High Gloss Solid Black
> High Gloss White with Orange inner lining
> High Gloss White with Green inner lining
> High Gloss White with Gray inner lining
> High Gloss Solid White

### Warranty

PhoneSuit stands by the quality of its products. We provide a one year repair or replacement warranty on the MiLi Power Pack. If there are any technical defects with your MiLi battery, you may send it in for repair, at no charge, up to 1 year from the purchase date. For complete details, please contact customer support.

#### MiLi Power Pack Battery Specifications

| Compatibility | iPhone 3GS, 3G and 2G |
|---|---|
| Battery Capacity | 2000 mAh |
| Standby time | 390 Hours |
| Talk time | 6.5 hours on 3G, 13.5 hours on 2G |
| Internet use | 6.5 hours on 3G, 8 hours on Wi-Fi |
| Audio play | 31 hours |
| Video play | 9 hours |

Are you still not convinced that the MiLi Power Pack is the Number One iPhone battery accessory on the market? Perhaps some additional opinions will he Hear what the Experts are saying about the PhoneSuit MiLi in the Press.

>>> PhoneSuit MiLi Reviews in the Press

---

Recommended Products

**MiLi Reccomendations**

EXHIBIT C

Page 28 of 33





PhoneSuit.com offers quality Apple iPhone cases, iPhone battery packs and Phone accessories, Including - Phone cases and skins - iPhone battery packs and chargers - iPhone audio and bluetooth products
iPhone and iPod are registered trademarks of Apple Inc. Copyright © 2009 PhoneSuit.com. All rights reserved. T&C

# EXHIBIT D

Open Feedback Dialog

CHECKOUT (0)    MY ACCOUNT    CUSTOMER SERVICE    866.689.3432



Phone Cases    iPod Cases    iPad Cases    Custom Cases    go Bare    Laptop Cases    Other Cases    Clearance          search

Home  >  Phone Cases  >  Apple iPhone Cases  >  iPhone 3G Cases  >  iPhone 3G / 3GS Fuel Lite - Battery Extender Case





Additional Information

**Download Instructions:**
iPhone Fuel Lite Instructions (PDF)
iPhone Fuel Lite Instructions (Colors) (PDF)

**Specifications:**

- **battery capacity:** up to 850mA
- **battery charging current:** up to 450mA
- **battery max discharging current:** 2A
- **power consumption:** 5v/2.5w
- **battery operational temperature range:** 5℉ to 122℉ or -15℃ to 50℃

Product Questions & Answers

Q) Is there a case I can carry this phone and fuel lite case in?
A) The Fuel Lite is a case in itself and is not designed to be placed in another case or holster.

Q) Can this case charge an iPod touch??
A) No, the case is only designed to work with the iPhone 3G / 3GS device.

Q) Will the phone and battery case charge simultaneously?
A) Yes. Please note the following from the instruction manual regarding charging: • To charge your iPhone® and fuel lite simultaneously, the fuel lite must already be charged to approximately 30% of capacity. • When charging the fuel lite through your computer, your iPhone® will only charge if the fuel lite power has been turned on and charged above 30%. this will also engage your device to sync with your computer.

Q) Is there any face-only screen protector that will work with Fuel

# iPhone 3G / 3GS Fuel Lite - Battery Extender Case

★★★★★ (23 customer reviews) | write a review CM010092  SHARE ▯▯▯📧

Your life is a balancing act and your iPhone is right up there on the tightrope with you!

Are you torn between the lightweight sleek look and feel of your Smooth case and the awesome battery power of the Fuel? Your search has finally come to an end. The Fuel Lite for iPhone 3G / 3GS adheres to the case-mate standard of protection, and recharges your phone. Now when things start to get interesting, from the everyday to the airport, you won't be held back by limited technology . . . just dock your iPhone with Fuel Lite and let it re-charge in your back pocket.

**Features:**

- Slim design and profile
- Weighs less than 1.84 oz.
- Battery capacity up to 850 mA
- Power on/off button and LED lights to indicate charge levels make for optimal efficiency
- Completely encases and protects the iPhone 3G / 3GS, including corners
- Includes micro-usb cable to charge and sync
- Access to all ports and controls

**Additional Features**

- **Talk Time:** Up to 2 additional hours beyond standard iPhone battery life
- **Internet Use:** Up to 2 additional hours beyond standard iPhone battery life
- **Video Playback:** Up to 2.5 additional hours beyond standard iPhone battery life
- **Audio Playback:** Up to 5 additional hours beyond standard iPhone battery life
- **Standby Time:** Up to 100 additional hours beyond standard iPhone battery life

**$49.99**   Black                 1    **add to cart** ⬆

In Stock!

.

Average Customer Rating: ★★★★★ (23 customer reviews) | write a review

★★★★★ **Fuel Lite a great case!**

I read all the reviews before purchasing and found the people who were disliking it doing it unjustly. I believe these are people who just don't understand stuff. This is the easiest thing to use. I installed my phone in the case and then charged it overnight. It simultaneously charged the case battery and the phone battery. I unplugged it at 6AM and turned on the case battery. It went until 2PM then switched over to the internal battery. At 10PM when I went to bed it still had 55% internal phone battery life left! I chose to use the case battery first in the hopes that not repeatedly killing the internal battery may have some positive effect on battery longevity. The case is easier and easier to replace than the phone battery! All in all this is a GREAT product and the battery doesn't add too much to the size of the

**EXHIBIT D**

**Page 31 of 33**

or Fuel Lite? I love these products but am hesitant to buy because I do not wish to leave the iPhone screen bare and unprotected.
A) At this time there is no face only protection available that works in conjunction with either the Fuel or Fuel Lite.

Q) Does the case degrade/interfere with the cell signal?
A) There is no interference with the signal at all while using this case.

Have a question? click here to ask us.

-Scott Porter

Read all 23 Reviews

Other products you may like:

**iPhone 3G / 3GS Barely There Cases**

$19.99  ★★★★★(175)



**iPhone 3G / 3GS Hybrid Tough Cases**

$29.99  ★★★★★(58)



**iPhone 3G / 3GS ID Credit Card Cases**

$29.99  ★★★★★(96)



enter your email addre:

| | | | |
|---|---|---|---|
| About us | By Category | Blog | Members Area |
| FAQ | By Carrier | Media Room | Site Map |
| Customer Service | View All Products | Newsletters | Tag Cloud |
| Contact | Personalize Your Case | iPhone 4 Cases Sign Up | Privacy Policy |
| Careers | Retail Store Locations | Customer Reviews | Affiliates |

      

iPhone 4 Cases
iPhone 3G Cases
iPhone Cases
BlackBerry Cases

**EXHIBIT D**
**Page 32 of 33**

Case 2:10-cv-04705-CAS-VBK   Document 1   Filed 06/24/10   Page 40 of 44   Page ID #:40

iPad Cases

Custom Cases

iPod Cases

Laptop Cases

Shop By Category

View All Products

Shop By Part Number

Product Tag Cloud

Most Recently Searched

Search by Classification

Product Review Index

Join Our Mailing List

FAQ's

Content

Site Map

Industry Links

Copyright 2010 Case-Mate All Rights Reserved.

EXHIBIT D

Page 33 of 33

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV10- 4705 CAS (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Christina S. Loza, Esq.
Shelley M. Cobos, Esq.
LOZA & LOZA, LLP
305 North Second Ave., #127
Upland, CA 91786

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Huang, an Individual | CASE NUMBER |
| PLAINTIFF(S) | **CV10 -4705 CAS (VBKx)** |
| v. | |
| GC Technology, LLC d/b/a Phonesuit., a Nevada Limited Liability Company; Hali-Power Inc., a Nevada Corporation, and Case-Ari, LLC, d/b/a/ Case-Mate, a Georgia Limited Liability Company; DEFENDANT(S). | **SUMMONS** |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Loza & Loza, LLP, Christina S. Loza_, whose address is _305 North Second Ave., #127, Upland, CA 91786_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __[JUN 2 4 2010]__

By: ___D Slagman___
**DODJIE LAGMAN**
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                          SUMMONS

114M283281577.tif - 6/24/2010 3:33:28 PM



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>DANIEL HUANG | DEFENDANTS<br>GC TECHNOLOGY, LLC, a Nevada Limited Liability Company;<br>HALI-POWER INC., a Nevada Corporation;<br>CASE-ARI, LLC d/b/a CASE-MATE, a Georgia Limited Liability Company |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>Christina S. Loza, Esq. and Shelley M. Cobos, Esq.<br>LOZA & LOZA, LLP, 305 North Second Ave., #127, Upland, CA 91786<br>Tel: (949) 705-6777, Fax: (949) 608-8934 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent infringement, 35 U.S.C. Section 1, et seq., basis of jurisdiction is a federal question.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

CV10 -4705 CAS (VBKx)

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Nevada, Georgia, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange, Los Angeles | Nevada, Georgia, New York |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date June 24, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |